EDWARD Y. KROUB
MOSHE O. BOROOSAN (*pro hac vice admission*)
**COHEN & MIZRAHI LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Telephone: (929) 575-4175
Facsimile: (929) 575-4195

JONATHAN STIEGLITZ
**LAW OFFICES OF JONATHAN A. STIEGLITZ**
11845 W. Olympic Boulevard, Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-9748

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO COLVIN,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 8:20-cv-00587-JFW-JDE<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Plaintiff Francisico Colvin ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Equifax Information Services, LLC only (collectively, the "parties"), and states as follows:

1

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC only, and adjourn all deadlines and conferences.

DATED: February 1, 2021          **COHEN & MIZRAHI LLP**
MOSHE O. BOROOSAN

/s/ Moshe O. Boroosan
MOSHE O. BOROOSAN
MOSHE O. BOROOSAN
EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
moshe@cml.legal
edward@cml.legal

**LAW OFFICES OF JONATHAN A. STIEGLITZ**
JONATHAN STIEGLITZ

11845 W. Olympic Boulevard, Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-9748

*Attorneys for Plaintiff*