EDWARD Y. KROUB
MOSHE O. BOROOSAN (*pro hac vice admission*)
**COHEN & MIZRAHI LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Telephone: (929) 575-4175
Facsimile: (929) 575-4195

JONATHAN STIEGLITZ
**LAW OFFICES OF JONATHAN A. STIEGLITZ**
11845 W. Olympic Boulevard, Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-9748

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO COLVIN,<br><br>                    Plaintiff,<br><br>            v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br>                    Defendants. | Case No.: 8:20-cv-00587-JFW-JDE<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

1

1

2

3

4

5

6

7

        Plaintiff Robert Navarro ("Plaintiff") hereby notifies the Court that the present case has

been settled between Plaintiff and Defendant Experian Information Solutions, Inc. only

(collectively, the "parties"), and states as follows:

        1.    A settlement agreement is in the process of being finalized between the parties.

Once the settlement agreement is fully executed, and Plaintiff has received the consideration

required, the parties will respectfully request that the case be dismissed and closed.

        2.    The parties respectfully request that the Court stay this action as to Defendant

Experian Information Solutions, Inc. only, and adjourn all deadlines and conferences.

8

9

10

11

12

13

14  DATED:  February 2, 2021              **COHEN & MIZRAHI LLP**
                                          MOSHE O. BOROOSAN

15

16

17                                                /s/ Moshe O. Boroosan
                                          _____
                                                  MOSHE O. BOROOSAN

18                                        MOSHE O. BOROOSAN
                                          EDWARD Y. KROUB

19                                        300 Cadman Plaza West, 12th Floor
                                          Brooklyn, NY  11201

20                                        Telephone:  929/575-4175
                                          929/575-4195 (fax)

21                                        moshe@cml.legal
                                          edward@cml.legal

22

23                                        **LAW OFFICES OF JONATHAN A.**
                                          **STIEGLITZ**

24                                        JONATHAN STIEGLITZ

25                                        11845 W. Olympic Boulevard, Suite 800
                                          Los Angeles, California 90064

26                                        Telephone: (323) 979-2063
                                          Facsimile: (323) 488-9748

27

28

1

*Attorneys for Plaintiff*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28